UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAB AMERICAN ACTION NETWORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 18 C 6528 |
| DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF INVESTIGATION, | ) ) Judge Lee ) ) ) |
| Defendants. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER**

Defendants, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, requests an enlargement of the deadline to file an answer to plaintiff's complaint. In support of this motion, defendants states as follows:

1. Plaintiff filed its complaint on September 26, 2018, seeking compliance with FOIA requests sent to defendants. Dkt. 1.

2. Defendants were served with plaintiff's complaint on October 19, 2018. Accordingly, defendants' answer is due November 19, 2018.

3. Defendants require additional time to draft their answer. Therefore, defendants request a two-week extension to answer plaintiff's complaint.

4. The undersigned contacted plaintiff's counsel and verified that there was no objection to this motion.

WHEREFORE, defendant requests that the court extend the deadline to file an answer to the complaint to December 3, 2018.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

By: s/ Jimmy L. Arce
    JIMMY L. ARCE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8449
    jimmy.arce@usdoj.gov