UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARAB AMERICAN ACTION NETWORK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, DEPARTMENT OF JUSTICE, )<br>and FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>)<br>Defendants. ) | No. 18 C 6528<br><br>Judge Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 27, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Lee in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Jimmy L. Arce
JIMMY L. ARCE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8449
jimmy.arce@usdoj.gov