# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arab American Action Network

                                            Plaintiff,

v.                                                            Case No.: 1:18−cv−06528
                                                                           Honorable John Z. Lee

Department of Homeland Security, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2019:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 2/13/19. The government reports that the agency intends to produce responsive documents to Plaintiff by the end of April. This case is stayed. Status hearing set for 4/30/19 at 9:00 am.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.