## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arab American Action Network

                          Plaintiff,

v.                                                   Case No.: 1:18–cv–06528

                                                                Honorable John Z. Lee

Department of Homeland Security, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 6/4/19. The government reports that the agency needs time to produce the responsive documents to Plaintiff. This case is closed for administrative purposes subject to reinstatement. Status hearing set for 7/11/19 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.